138

891 A.2d 726

**PLUM BOROUGH SCHOOL DISTRICT, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Feb. 21, 2006.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of February, 2006, the Order of the Commonwealth Court is hereby, AFFIRMED. *See Crawford Central School District v. Commonwealth,* 888 A.2d 616 (Pa.2005).

Justice BALDWIN did not participate in the consideration or decision of this case.